377 A.2d 193

Commonwealth ex rel. DeLeo, Appellant, v. Haas.

Submitted September 13, 1976. Louise O. Knight, and Clement & Knight, for appellant; Graham C. Showalter, District Attorney, for appellee.

Order affirmed.